IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEHIGH VALLEY 1 LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION | : <br> : <br> : CIVIL ACTION <br> : <br> : <br> : <br> : NO. 24-2627 <br> : |
| v. | : <br> : |
| WHITEHALL FIDUCIARY LLC, as TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007 | : <br> : <br> : |
| LEHIGH VALLEY 1, LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION | : <br> : <br> : CIVIL ACTION <br> : <br> : <br> : NO. 24-2709 <br> : |
| v. | : <br> : |
| SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007 | : <br> : |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 5.1(b), the undersigned, Leigh M. Skipper, of Duane Morris LLP, hereby submits his Withdrawal of Appearance as counsel for Receiver in the above-captioned matter. Duane Morris LLP, through Erin Duffy, Esq., will continue as the Receiver in this matter.

Dated:  June 4, 2025                                  */s/ Leigh M. Skipper*
                                                      Leigh M. Skipper
                                                      Pennsylvania Bar No. 49239
                                                      **DUANE MORRIS LLP**
                                                      30 South 17th Street
                                                      Philadelphia, PA 19103-4196
                                                      Tel.: (215) 979-1000
                                                      Fax: (215) 979-1020
                                                      Email:  LMSkipper@duanemorris.com

                                                      *Counsel for Receiver, Duane Morris LLP*

- 3 -

**CERTIFICATE OF SERVICE**

I certify that, on June 4, 2025, I caused the foregoing document to be served on all counsel of record and pro se parties by using the Court's ECF electronic filing system.

*/s/ Leigh M. Skipper*
Leigh M. Skipper
