IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEHIGH VALLEY 1 LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br>NO. 24-2627 |
| v. | : | |
| WHITEHALL FIDUCIARY LLC, as TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007 | :<br>:<br>: | |
| LEHIGH VALLEY 1, LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br>NO. 24-2709 |
| v. | : | |
| SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007 | :<br>: | |

## MOTION TO WITHDRAW MOTION FOR CONTEMPT

Leigh M. Skipper hereby seeks leave of Court to file this Motion to Withdraw Motion for Contempt and supporting documents (Docket No. 71 (2627) and 64 (2709)), and in support thereof avers as follows:

1. Leigh M. Skipper has submitted a notice of withdrawal of appearance, as of June 4, 2025.

2. Correspondingly, Leigh M. Skipper requests that the previously filed Motion for Contempt be withdrawn, followed by re-filing under the Receiver, Duane Morris LLP, through

Erin Duffy, Esq.

WHEREFORE, for these reasons, Leigh M. Skipper respectfully requests that this Honorable Court enter an Order, in the form attached hereto, withdrawing the Motion for Contempt and related attachments.

| | |
|---|---|
| Dated:  June 4, 2025 | */s/ Leigh M. Skipper*<br>Leigh M. Skipper<br>Pennsylvania Bar No. 49239<br>**DUANE MORRIS LLP**<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Tel.: (215) 979-1000<br>Fax: (215) 979-1020<br>Email:  LMSkipper@duanemorris.com<br><br>*Counsel for Receiver, Duane Morris LLP* |

# CERTIFICATE OF SERVICE

I certify that, on June 4, 2025, I caused the foregoing document to be served on all counsel of record and pro se parties by using the Court's ECF electronic filing system.

*/s/ Leigh M. Skipper*
Leigh M. Skipper