IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEHIGH VALLEY 1 LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION<br><br>v.<br><br>WHITEHALL FIDUCIARY LLC, as TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007 | CIVIL ACTION<br><br>NO. 24-2627 |
| LEHIGH VALLEY 1, LLC, successor by assignment to WINDSTREAM CAPITAL LLC, successor by assignment to the UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, successor by assignment to M&T REALTY CAPITAL CORPORATION<br><br>v.<br><br>SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007 | CIVIL ACTION<br><br>NO. 24-2709 |

## ORDER

AND NOW, on this _____ day of _____, 2025, upon consideration of the Motion to Withdraw Motion for Contempt, it is hereby ORDERED and DECREED that said Motion is GRANTED. Receiver's Motion for Contempt is hereby withdrawn. Receiver's Motion for Contempt will be refiled by Duane Morris LLP, through Erin Duffy.

**BY THE COURT:**

Dated: _____, 2025

_____
The Honorable Catherine Henry, J.