NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO



*FIRM and AFFILIATE OFFICES*

LEIGH M. SKIPPER
PARTNER
DIRECT DIAL: +1 215 979 1157
PERSONAL FAX: +1 215 689 4939
*E-MAIL*: LMSkipper@duanemorris.com

*www.duanemorris.com*

June 04, 2025

The Honorable Catherine Henry
U.S. District Courthouse (Philadelphia)
Chambers - Rm. 5118
601 Market Street
Philadelphia, PA 19106

**Re:** ***Lehigh Valley 1, LLC et al v. Whitehall Fiduciary LLC*, 5:24-cv-02627-CH and *Lehigh Valley 1, LLC et al v. Saucon Trust*, 5:24-cv-02709-CH**

Honorable Judge Henry:

I write to respectfully request withdrawal of Receiver's First Report and Summary of Inventory (Docket Nos. 72 (2627) and 65 (2709)). Following my withdrawal as counsel for Receiver, Duane Morris LLP, through Erin Duffy, Esq. will re-file the report.

We appreciate your consideration of this matter.

Respectfully submitted,

Leigh M. Skipper
Partner

DUANE MORRIS LLP
30 SOUTH 17TH STREET                    PHONE: +1 215 979 1000    FAX: +1 215 979 1020
PHILADELPHIA, PA  19103-4196