# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEHIGH VALLEY 1 LLC SUCCESSOR BY ASSIGNMENT TO WINDSTREAM CAPITAL LLC, SUCCESSOR BY ASSIGNMENT TO THE UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT SUCCESSOR BY ASSIGNMENT TO M&T REALTY CAPITAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007, <br><br> Defendant. <br> ———————————————— <br> WHITEHALL FIDUCIARY LLC, AS, TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007, <br><br> -and- <br><br> SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> -and- <br><br> ERIC SCOTT TURNER, in his Official Capacity as Secretary of the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Third-Party Defendants. | No. 5:24-cv-02627-CH <br><br> Honorable Catherine Henry J. |

## MOTION FOR LEAVE TO
## EXCEED SUR REPLY PAGE LIMITATION

**AND NOW**, come, Third-Party Plaintiffs, Whitehall Fiduciary, LLC as Trustee of Whitehall Trust U/T/A Dated August 1, 2007 ("Whitehall") and Saucon Trust, U/T/A Dated October 1, 2007 ("Saucon") (collectively the "Third-Party Plaintiffs"), by and through Counsel, Raymond G. Lahoud, Esquire, and move for an order granting Third-Party Plaintiffs leave to exceed page limits for replies, specifically, for a sur reply Third-Party Plaintiffs intend to present to the Court with a Motion for Leave to Accept a Sur Reply. Third-Party Plaintiffs request permission to increase the permissible ten (10) page limit to no more than thirteen (13) pages. See Part III, Section E(1), Policies and Procedures of the Honorable Judge Catherine Henry (providing that "parties must seek leave from the Court to file any additional supplemental briefings, and Judge Henry rarely grants such requests. Reply or supplemental briefings must not exceed ten (10) pages and may not simply repeat arguments already made.").

Here, Third-Party Plaintiffs intend to seek leave from the Court to file the sur reply in further opposition to the Reply of Third-Party Defendants, United States Department of Housing and Urban Development ("HUD") and Eric Scott Turner, in his Official Capacity as Secretary of HUD (collectively, Third -Party Defendants").

The sur reply that Third-Party Plaintiffs will seek leave of the Court for filing does not repeat any argument but responds to arguments that were asserted in Third-Party Defendants reply to Third-Party Plaintiffs Response in Opposition to Third-Party Defendants' Motion to Dismiss. The issues Third-Party Plaintiffs wish to respond to are critical to ensure the Court is fully briefed as to all relevant matters. Given the complexity of the Third-Party matter, the

**2**

sur reply has exceeded the ten (10) page limit, to just under fourteen (14) pages, notwithstanding the redrafting of the sur reply, deletion of any excess words/phrases, and other attempts to condense the sur reply.

At or around 8:00 AM on August 19, 2025, Counsel for Third-Party Defendants sent a request for the position of Third-Party Defendant as to this Motion, through electronic mail. As of yet, Third-Party Defendant has yet to reply.

**WHEREFORE**, Third-Party Plaintiffs, Whitehall Fiduciary, LLC as Trustee of Whitehall Trust U/T/A Dated August 1, 2007 and Saucon Trust, U/T/A Dated October 1, 2007, seek leave of the Court to exceed the ten (10) page limit for sur replies to no more than fourteen (14) pages.

Respectfully Submitted:

**LAHOUD LAW GROUP, P.C.**

Dated: 08/19/2025

/s/ Raymond G. Lahoud
Raymond G, Lahoud, Esquire
PA Attorney I.D. No. 335380
600 Hamilton Street
Suite 300
Allentown, PA 18101
P:   (484) 544-0022
E:   rgl@raylahoud.com